UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN LAMARR HALL, #434965,

    Plaintiff,                      CIVIL ACTION NO. 12-13229

    v.                             DISTRICT JUDGE GEORGE STEEH

SHERI L. BURT, YONKE,        MAGISTRATE JUDGE MARK A. RANDON

PRINCE,

    Defendants.
_____/

### REPORT AND RECOMMENDATION TO DISMISS DEFENDANT PRINCE

On August 17, 2012, the United States Marshals Service mailed Plaintiff's Complaint to Defendant Prince. On August 31, 2012, the Waiver of Service was returned Unexecuted; Defendant Prince is deceased. Accordingly, **IT IS RECOMMENDED** that Plaintiff's claims against Defendant Prince be **DISMISSED**.

The parties to this action may object to and seek review of this Report and Recommendation, but are required to act within fourteen (14) days of service of a copy hereof as provided for in 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(2). Failure to file specific objections constitutes a waiver of any further right of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Sec'y of Health & Human Servs.*, 932 F.2d 505, 508 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). The filing of objections which raise some issues, but fail to raise others with specificity, will not preserve all the objections a party might have to this Report and Recommendation. *See Willis v. Sec'y of Health & Human Servs.*,

931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Pursuant to E.D. Mich. LR 72.1(d)(2), a copy of any objections is to be served upon this Magistrate Judge.

Within fourteen (14) days of service of any objecting party's timely filed objections, the opposing party may file a response. The response shall be no more than 20 pages in length unless, by motion and order, the page limit is extended by the court. The response shall address each issue contained within the objections specifically and in the same order raised.

s/Mark A. Randon
MARK A. RANDON
UNITED STATES MAGISTRATE JUDGE

Dated: September 14, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, September 14, 2012, electronically and by first class mail.*

*s/Melody R. Miles*
*Case Manager to Magistrate Judge Mark A. Randon*