UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN LAMARR HALL,

                Plaintiff,                CIVIL ACTION NO. 12-13229

        v.                         DISTRICT JUDGE GEORGE STEEH

SHERI L. BURT,                MAGISTRATE JUDGE MARK A. RANDON
YONKE,
PRINCE,

                Defendants.
_____/

## ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR SUBSTITUTE SERVICE

On July 23, 2012, Plaintiff filed a Motion for Substitute Service.  (Dkt. No. 3).  Plaintiff

asks the Court to require the United States Marshals Service to serve the summons and

complaint.

On August 17, 2012, the U.S. Marshals Service mailed the Complaint to all Defendants.

Accordingly, Plaintiff's motion is **DENIED AS MOOT**.

      **IT IS ORDERED**.

                          s/Mark A. Randon_____
                          MARK A. RANDON
                          UNITED STATES MAGISTRATE JUDGE
Dated: September 14, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, September 14, 2012, electronically and by first class mail.*

                          *s/Melody R. Miles_____*
                          *Case Manager to Magistrate Judge Mark A. Randon*