UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN LAMARR HALL, #434965,

    Plaintiff,

vs.

              Case No. 12-CV-13229
              HON. GEORGE CARAM STEEH

SHERI L. BURT, YONKE,
PRINCE,

    Defendants.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [DOC. #12] AND DISMISSING DEFENDANT PRINCE

On September 14, 2012, Magistrate Judge Mark Randon issued a report and recommendation that the court dismiss plaintiff's claims against defendant Prince, a prison librarian. This is because in August 2012, the waiver of service as to defendant Prince was returned unexecuted for the reason that Prince is deceased.

No objections have been filed to the report and recommendation. The failure to file objections to a report and recommendation generally constitutes a waiver of the right to appeal the judgment of the district court. Alspaugh v. McConnell, 643 F.3d 162, 166 (6th Cir. 2011). The court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation. Plaintiff's claims against defendant Prince are hereby **DISMISSED**.

  **IT IS SO ORDERED**.

Dated: October 29, 2012

                s/George Caram Steeh
                GEORGE CARAM STEEH
                UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

On October 29, 2012, copies of this Order were served upon attorneys of record and on Stephen Lamarr Hall #434965, Chippewa Correctional Facility, 4269 W. M-80, Kincheloe, MI 49784, by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk