UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN LAMARR HALL, #434965,

    Plaintiff,

vs.

Case No. 12-CV-13229
HON. GEORGE CARAM STEEH

SHERI L. BURT, and LOUIS YONKE,

    Defendants.
_____/

### ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [DOC. 20] AND GRANTING DEFENDANTS' MOTION TO DISMISS AND/OR FOR SUMMARY JUDGMENT (DOC. 15)

This is a pro se prisoner civil rights suit in which plaintiff Stephen Hall alleges that defendants denied him access to the courts by restricting his use of the prison law library and by refusing his requests for legal photocopies. On October 4, 2012, defendants Sheri Burt and Louis Yonke filed a motion to dismiss or in the alternative for summary judgment. This court referred the matter to Magistrate Judge Randon for report and recommendation. Plaintiff failed to file a response to defendants' motion. On February 26, 2013, Magistrate Judge Randon issued his report recommending that the court grant defendants' motion and dismiss plaintiffs' claims with prejudice. No objections have been filed to the report and recommendation and the time period for doing so has expired.

The failure to file objections to a report and recommendation generally constitutes a waiver of the right to appeal the judgment of the district court. Alspaugh v. McConnell, 643 F.3d 162, 166 (6th Cir. 2011). The court hereby **ACCEPTS** and **ADOPTS** the

-1-

magistrate judge's report and recommendation. Plaintiff's claims against defendants Burt and Yonke are hereby **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED**.

Dated: April 22, 2013

                                     s/George Caram Steeh
                                     GEORGE CARAM STEEH
                                     UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

On April 22, 2013, copies of this Order were served upon attorneys of record and on Stephen Lamarr Hall #434965, Chippewa Correctional Facility, 4269 W. M-80, Kincheloe, MI 49784, by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk